**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-01192-DRC |
| | § | |
| MICHAEL SHIELDS | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>01/14/2010</u>. The undersigned trustee was appointed on <u>01/14/2010</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $460,189.36

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $3,646.19 |
    | Bank service fees | $9,341.57 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $447,201.60 |

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/02/2010 and the deadline for filing government claims was 06/02/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $26,259.47. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $26,259.47, for a total compensation of $26,259.47[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 06/14/2012            By:   /s/ David E. Grochocinski
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Case 10-01192 Doc 63 Filed 07/24/12 Entered 07/24/12 10:49:26 Desc Main
Document Page 3 of 19

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1   Exhibit A

| Case No.: | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Date Filed (f) or Converted (c): | 01/14/2010 (f) |
| For the Period Ending: | 6/14/2012 | §341(a) Meeting Date: | 02/23/2010 |
| | | Claims Bar Date: | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  1100 OAK HILL ROAD, DOWNERS GROVE, IL | $345,928.50 | $0.00 | DA | $0.00 | FA |
| 2  CASH | $120.00 | $0.00 | | $0.00 | FA |
| 3  CHECKING ACCOUNT | $3,531.38 | $0.00 | | $0.00 | FA |
| 4  CHECKING ACCOUNT | $62.50 | $0.00 | | $0.00 | FA |
| 5  CHECKING ACCOUNT | $380.00 | $0.00 | | $380.00 | FA |
| 6  MMA ACCOUNT AT WAYNE HUMMER | $86,017.16 | $85,731.04 | | $86,052.28 | FA |
| 7  INVESTMENT ACCOUNT | $122,829.98 | $122,829.98 | | $121,388.45 | FA |
| 8  HOUSEHOLD GOODS | $1,845.00 | $1,845.00 | | $922.50 | FA |
| 9  WEARING APPAREL | $800.00 | $0.00 | | $0.00 | FA |
| 10  JEWELRY | $950.00 | $0.00 | DA | $400.00 | FA |
| 11  GOLF CLUBS | $100.00 | $0.00 | DA | $100.00 | FA |
| 12  WHOLE LIFE POLICY | $62,933.00 | $0.00 | | $0.00 | FA |
| 13  IRA AT WAYNE HUMMER | $14,481.92 | $0.00 | DA | $0.00 | FA |
| 14  NORTHERN REALTY GROUP, LTD. | $190,171.00 | $0.00 | | $0.00 | FA |
| 15  401K | $45,710.00 | $0.00 | | $0.00 | FA |
| 16  NORTHERN REALTY EQUITIES, LLC | $15,283.00 | $15,283.00 | DA | $12,159.76 | FA |
| 17  NORTHN JSC HOLDINGS LLC | $9,562.50 | $9,562.50 | | $27,022.29 | FA |
| 18  INTEREST IN MULTIPLE LLC | $0.00 | $0.00 | | $0.00 | FA |
| 19  CBRE COMMISSION POOL | $73,736.24 | $10,813.53 | | $10,813.53 | FA |
| 20  CBRE COMMISSION POOL | $91,692.53 | $13,753.87 | | $13,753.88 | FA |
| 21  TAX REFUND | $1,000.00 | $1,000.00 | | $1,000.00 | FA |
| 22  2003 AUDI A6 | $8,875.00 | $6,475.00 | | $4,598.75 | FA |
| 23  2001 TOYOTA HIGHLANDER | $6,000.00 | $6,000.00 | | $4,598.75 | FA |
| 24  2002 PONTIAC GRAND AM SE | $2,725.00 | $2,725.00 | | $2,000.00 | FA |
| 25  1998 ACURA 3.0 CL | $2,950.00 | $2,950.00 | | $2,000.00 | FA |
| 26  DEPOSIT WITH IRS | $178,955.00 | $178,955.00 | | $152,757.00 | FA |
| 27  DEPOSIT WITH IDR | $20,782.00 | $20,782.00 | | $19,405.00 | FA |
| 28  REFUND 2006 REAL ESTATE TAXES (u) | $290.82 | $290.82 | | $290.82 | FA |
| 29  LAKESIDE LLC (u) | $1,000.00 | $1,000.00 | DA | $381.96 | FA |

Case 10-01192 Doc 63 Filed 07/24/12 Entered 07/24/12 10:49:26 Desc Main
Document Page 4 of 19
FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES
Page No: 2 Exhibit A

| Case No.: | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | SHIELDS, MICHAEL | Date Filed (f) or Converted (c): | 01/14/2010 (f) |
| For the Period Ending: | 6/14/2012 | §341(a) Meeting Date: | 02/23/2010 |
| | | Claims Bar Date: | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 30  PROMISSORY NOTE DATED 6/1/09 FROM HUNTERS RUN  (u) | Unknown | Unknown | DA | $0.00 | FA |
| 31  IDR - DEPOSIT OF 2010  (u) | $334.00 | $111.33 | OA | $0.00 | FA |
| INT  Interest Earned  (u) | Unknown | Unknown | | $164.39 | Unknown |

**TOTALS (Excluding unknown value)**     $1,289,046.53     $480,108.07     $460,189.36     **Gross Value of Remaining Assets** $0.00

**Major Activities affecting case closing:**
SETTLEMENT OF TAX REFUND ISSUE APPROVED BY COURT; WAITING ON TURNOVER OF FUNDS; OBTAINED APPROVAL FOR SALE OF INTEREST IN jOE'S SEAFOOD; WAITING ON FUNDS FROM CLOSING; RECEIVING FUNDS FROM COMMISSION POOL; ALL PROPERTY LIQUIDATED; WAITING FOR FINAL RETURNS

**Initial Projected Date Of Final Report (TFR):** 12/30/2011     **Current Projected Date Of Final Report (TFR):** 06/30/2012     /s/ DAVID E. GROCHOCINSKI
DAVID E. GROCHOCINSKI

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1                           Exhibit B

| Case No.: | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7385 | Money Market Acct #: | ******9765 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | $1,382.04 | | $1,382.04 |
| 04/13/2010 | (19) | MICHAEL SHIELDS | COMMISSIONS | 1129-000 | $10,813.53 | | $12,195.57 |
| 04/13/2010 | (28) | HOMEWOOD VENTURE LLC | REFUND | 1290-000 | $290.82 | | $12,486.39 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.30 | | $12,486.69 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.53 | | $12,487.22 |
| 06/28/2010 | (6) | WAYNE HUMMER | TURNOVER OF MMA ACCOUNT | 1129-000 | $86,052.28 | | $98,539.50 |
| 06/28/2010 | (7) | STATE STREET | TURNOVER OF INVESTMENT ACCOUNT | 1129-000 | $121,388.45 | | $219,927.95 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | $2.29 | | $219,930.24 |
| 07/30/2010 | | KRISTINE SHIELDS | SETTLEMENT PER ORDER OF 7/23/10 | * | $15,000.00 | | $234,930.24 |
| | {5} | | $380.00 | 1129-000 | | | $234,930.24 |
| | {8} | | $922.50 | 1129-000 | | | $234,930.24 |
| | {10} | | $400.00 | 1129-000 | | | $234,930.24 |
| | {11} | | $100.00 | 1129-000 | | | $234,930.24 |
| | {25} | | $2,000.00 | 1129-000 | | | $234,930.24 |
| | {24} | | $2,000.00 | 1129-000 | | | $234,930.24 |
| | {22} | | $4,598.75 | 1129-000 | | | $234,930.24 |
| | {23} | | $4,598.75 | 1129-000 | | | $234,930.24 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | $28.02 | | $234,958.26 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | $29.86 | | $234,988.12 |
| 09/16/2010 | (16) | NORTHERN REALTY EQUITIES, LLC | MAJESTIC HOTEL LENDER ESCROW REFUND | 1123-000 | $7,000.00 | | $241,988.12 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $5.87 | | $241,993.99 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.15 | | $242,000.14 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $5.96 | | $242,006.10 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.16 | | $242,012.26 |
| 01/24/2011 | (16) | NORTHERN REALTY EQUITIES LLC | DISTRIBUTION | 1123-000 | $5,159.76 | | $247,172.02 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.19 | | $247,178.21 |
| 02/04/2011 | (26) | MICHAEL SHIELDS | FEDERAL REFUNDS | 1124-000 | $152,757.00 | | $399,935.21 |
| 02/04/2011 | (27) | MICHAEL SHIELDS | STATE TAX REFUND | 1124-000 | $19,405.00 | | $419,340.21 |

**SUBTOTALS** $419,340.21    $0.00

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7385 | Money Market Acct #: | ******9765 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/15/2011 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-01192, Bond#016026455 | 2300-000 | | $276.22 | $419,063.99 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.65 | | $419,072.64 |
| 03/08/2011 | (17) | NORTHERN SC HOLDINGS, LLC | DISTRIBUTION | 1129-000 | $27,022.29 | | $446,094.93 |
| 03/09/2011 | 11002 | UPS | INVOICE #0000FA7336091/OVERNIGHT DELIVERY COSTS | 2990-000 | | $19.41 | $446,075.52 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $11.18 | | $446,086.70 |
| 04/05/2011 | 11003 | UNITED STATES TREASURY | EIN 35-6827385/FORM 7004 YEAR ENDED 12/31/10 | 2810-000 | | $2,400.00 | $443,686.70 |
| 04/05/2011 | 11004 | ILLINOIS DEPARTMENT OF REVENUE | EIN 35-6827385/FORM IL 505 B FOR YEAR ENDED 12/31/10 | 2820-000 | | $500.00 | $443,186.70 |
| 04/13/2011 | (20) | MICHAEL SHIELDS | CBRE COMMISION | 1129-000 | $13,753.88 | | $456,940.58 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $11.13 | | $456,951.71 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $11.63 | | $456,963.34 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.74 | | $456,967.08 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.87 | | $456,970.95 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $876.37 | $456,094.58 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.86 | | $456,098.44 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $1,062.38 | $455,036.06 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($31.30) | $455,067.36 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.72 | | $455,071.08 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $935.02 | $454,136.06 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.84 | | $454,139.90 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $902.05 | $453,237.85 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.71 | | $453,241.56 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $993.51 | $452,248.05 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.83 | | $452,251.88 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $929.27 | $451,322.61 |

**SUBTOTALS**  $40,845.33  $8,862.93

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7385 | Money Market Acct #: | ******9765 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.82 | | $451,326.43 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $986.66 | $450,339.77 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $450,339.77 | $0.00 |
| | | | **TOTALS:** | | $460,189.36 | $460,189.36 | $0.00 |
| | | | Less: Bank transfers/CDs | | $1,382.04 | $450,339.77 | |
| | | | **Subtotal** | | $458,807.32 | $9,849.59 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $458,807.32 | $9,849.59 | |

For the period of 1/14/2010 to 6/14/2012

| | |
|---|---|
| Total Compensable Receipts: | $458,807.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $458,807.32 |
| Total Internal/Transfer Receipts: | $1,382.04 |
| | |
| Total Compensable Disbursements: | $9,849.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,849.59 |
| Total Internal/Transfer Disbursements: | $450,339.77 |

For the entire history of the account between 04/06/2010 to 6/14/2012

| | |
|---|---|
| Total Compensable Receipts: | $458,807.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $458,807.32 |
| Total Internal/Transfer Receipts: | $1,382.04 |
| | |
| Total Compensable Disbursements: | $9,849.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,849.59 |
| Total Internal/Transfer Disbursements: | $450,339.77 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7385 | Checking Acct #: | ******9766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 1/14/2010 to 6/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2010 to 6/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7385 | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $450,339.77 | | $450,339.77 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Tern: 2/1/12 to 2/01/13 | 2300-000 | | $400.56 | $449,939.21 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $538.86 | $449,400.35 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $748.59 | $448,651.76 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $677.27 | $447,974.49 |
| 05/21/2012 | 5002 | ILLINOIS DEPARTMENT OF REVENUE | EIN: 35-6827385 IL 1041-12/31/11 | 2820-000 | | $50.00 | $447,924.49 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $722.89 | $447,201.60 |
| | | | **TOTALS:** | | $450,339.77 | $3,138.17 | $447,201.60 |
| | | | **Less: Bank transfers/CDs** | | $450,339.77 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $3,138.17 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $3,138.17 | |

| For the period of 1/14/2010 to 6/14/2012 | | For the entire history of the account between 02/07/2012 to 6/14/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $450,339.77 | Total Internal/Transfer Receipts: | $450,339.77 |
| | | | |
| Total Compensable Disbursements: | $3,138.17 | Total Compensable Disbursements: | $3,138.17 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,138.17 | Total Comp/Non Comp Disbursements: | $3,138.17 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7385 | Money Market Acct #: | ******9765 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/05/2010 | (21) | KRISTINE SHIELDS | TAX REFUND 2008 | 1129-000 | $1,000.00 | | $1,000.00 |
| 02/26/2010 | (29) | MICHAEL TOBIN LIVING TRUST | LOAN REPAYMENT | 1221-000 | $381.96 | | $1,381.96 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $1,381.98 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | | 1270-000 | $0.06 | | $1,382.04 |
| 04/06/2010 | | Wire out to BNYM account ********9765 | Wire out to BNYM account ********9765 | 9999-000 | ($1,382.04) | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | ($1,382.04) | $0.00 | |
| | | | Subtotal | | $1,382.04 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $1,382.04 | $0.00 | |

| For the period of 1/14/2010 to 6/14/2012 | | For the entire history of the account between 02/05/2010 to 6/14/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,382.04 | Total Compensable Receipts: | $1,382.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,382.04 | Total Comp/Non Comp Receipts: | $1,382.04 |
| Total Internal/Transfer Receipts: | ($1,382.04) | Total Internal/Transfer Receipts: | ($1,382.04) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7385 | Checking Acct #: | ******9766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  |  |  | **TOTALS:** |  | $0.00 | $0.00 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 | |
|  |  |  | **Subtotal** |  | $0.00 | $0.00 | |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $0.00 | $0.00 | |

**For the period of 1/14/2010 to 6/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/05/2010 to 6/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7385 | Checking Acct #: | ******9766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/14/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $460,189.36 | $12,987.76 | $447,201.60 |

**For the period of 1/14/2010 to 6/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $460,189.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $460,189.36 |
| Total Internal/Transfer Receipts: | $450,339.77 |
| | |
| Total Compensable Disbursements: | $12,987.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,987.76 |
| Total Internal/Transfer Disbursements: | $450,339.77 |

**For the entire history of the case between 01/14/2010 to 6/14/2012**

| | |
|---|---|
| Total Compensable Receipts: | $460,189.36 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $460,189.36 |
| Total Internal/Transfer Receipts: | $450,339.77 |
| | |
| Total Compensable Disbursements: | $12,987.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $12,987.76 |
| Total Internal/Transfer Disbursements: | $450,339.77 |

CLAIM ANALYSIS REPORT

| Case No. | 10-01192-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | | Date: | 6/14/2012 |
| Claims Bar Date: | 06/02/2010 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI<br>1900 Ravinia Place<br>Orland Park IL 60451 | 06/14/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $26,259.47 | $26,259.47 | $0.00 | $0.00 | $0.00 | $26,259.47 |
| | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC<br>2150 E LAKE COOK ROAD SUITE 560<br>BUFFALO GROVE IL | 06/14/2012 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $0.00 | $5,335.00 | $5,335.00 | $0.00 | $0.00 | $0.00 | $5,335.00 |
| | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD<br>1900 RAVINIA PLACE<br>ORLAND PARK IL 60462 | 06/14/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $401.49 | $401.49 | $0.00 | $0.00 | $0.00 | $401.49 |
| | GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD.<br>1900 RAVINIA PLACE<br>ORLAND PARK IL 60462 | 06/14/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $6,583.50 | $6,583.50 | $0.00 | $0.00 | $0.00 | $6,583.50 |
| 1OF2 | BANK OF AMERICA NATIONAL ASSOC<br>Gina B Krol<br>Cohen & Krol<br>105 W Madison St Ste 1100<br>Chicago IL 60602 | 06/14/2012 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,587,394.58 | $10,587,394.58 | $0.00 | $0.00 | $0.00 | 10,587,394.58 |

**Claim Notes:** (1-2) Balance due after liquidation of collateral

| 1OF 1 | BANK OF AMERICA NATIONAL ASSOC<br>Gina B Krol<br>Cohen & Krol<br>105 W Madison St Ste 1100<br>Chicago IL 60602 | 03/15/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,587,394.58 | $19,577,248.21 | $0.00 | $0.00 | $0.00 | 19,577,248.21 |

**Claim Notes:** (1-2) Balance due after liquidation of collateral

| Case No.: | 10-01192-DRC | | | | | | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | | | | | | | Date: | 6/14/2012 |
| Claims Bar Date: | 06/02/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | BANK OF AMERICA NATIONAL ASSOC<br>Gina B Krol<br>Cohen & Krol<br>105 W Madison St Ste 1100<br>Chicago IL 60602 | 03/18/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $804,951.49 | $804,951.49 | $0.00 | $0.00 | $0.00 | $804,951.49 |
| **Claim Notes:** | (2-1) Judgment in Case No. 08 L 9539 | | | | | | | | | | | |
| 3 | BANK OF AMERICA NATIONAL ASSOC<br>Gina B Krol<br>Cohen & Krol<br>105 W Madison St Ste 1100<br>Chicago IL 60602 | 03/18/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,379,750.62 | $3,379,750.62 | $0.00 | $0.00 | $0.00 | $3,379,750.62 |
| **Claim Notes:** | (3-1) Judgment entered in Case No. 08 CH 23327 | | | | | | | | | | | |
| 4 | DALEY AND GEORGE, LTD.<br>c/o Richard Toth (312) 726-8797<br>20 S. Clark St., Suite 400<br>Chicago IL 60603 | 05/28/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,787.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | DISALLOWED | | | | | | | | | | | |
| 5 | AXIS PROPERTIES, LLC<br>c/O Paula K Jacobi Esq/Barnes & Thornbur<br>1 N Wacker Dr Ste 4400<br>Chicago IL 60606 | 05/28/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $450,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | WITHDRAWN | | | | | | | | | | | |
| 6 | KENNETH A. FIXLER, INDIVIDUALLY<br>C/O Paula K Jacobi Esq/Barnes & Thornbur<br>1 N Wacker Dr Ste 4400<br>Chicago IL 60606 | 05/28/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $450,000.00 | $450,000.00 | $0.00 | $0.00 | $0.00 | $450,000.00 |
| **Claim Notes:** | (6-1) Indemnity | | | | | | | | | | | |

# CLAIM ANALYSIS REPORT

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Date: | 6/14/2012 |
| Claims Bar Date: | 06/02/2010 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | HYDE PARK BANK<br><br>Gary I Blackman<br>Levanefield Pearlstein LLC<br>Attorneys For Plaintiff<br>2 North LaSalle Street Suite 1300<br>Chicago IL 60602 | 06/01/2010 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $930,000.00 | $731,775.00 | $0.00 | $0.00 | $0.00 | $731,775.00 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE<br> Bankruptcy Section<br> P.O. Box 64338<br> Chicago IL 606640338 | 06/30/2010 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $27,235,858.23 | $35,569,699.36 | $0.00 | $0.00 | | $0.00 | 35,569,699.36 |

Page No: 4     Exhibit C

## CLAIM ANALYSIS REPORT

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Date: | 6/14/2012 |
| Claims Bar Date: | 06/02/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Fees (Other Firm) | $5,335.00 | $5,335.00 | $0.00 | $0.00 | $0.00 | $5,335.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $401.49 | $401.49 | $0.00 | $0.00 | $0.00 | $401.49 |
| Attorney for Trustee Fees (Trustee Firm) | $6,583.50 | $6,583.50 | $0.00 | $0.00 | $0.00 | $6,583.50 |
| General Unsecured § 726(a)(2) | $27,197,278.77 | $35,531,119.90 | $0.00 | $0.00 | $0.00 | $35,531,119.90 |
| Tardy General Unsecured § 726(a)(3) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $26,259.47 | $26,259.47 | $0.00 | $0.00 | $0.00 | $26,259.47 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      10-01192-DRC
Case Name:     MICHAEL SHIELDS
Trustee Name:  David E. Grochocinski

Balance on hand:  $447,201.60

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $447,201.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | ---: | ---: | ---: |
| David E. Grochocinski, Trustee Fees | $26,259.47 | $0.00 | $26,259.47 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD., Attorney for Trustee Fees | $6,583.50 | $0.00 | $6,583.50 |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD, Attorney for Trustee Expenses | $401.49 | $0.00 | $401.49 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee Fees | $5,335.00 | $0.00 | $5,335.00 |

Total to be paid for chapter 7 administrative expenses:  $38,579.46
Remaining balance:  $408,622.14

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:  $0.00
Remaining balance:  $408,622.14

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|                  | |
|---:|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $408,622.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $35,531,119.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1OF 1 | Bank of America National Assoc | $19,577,248.21 | $0.00 | $225,146.21 |
| 1OF2 | Bank of America National Assoc | $10,587,394.58 | $0.00 | $121,759.28 |
| 2 | Bank of America National Assoc | $804,951.49 | $0.00 | $9,257.27 |
| 3 | Bank of America National Assoc | $3,379,750.62 | $0.00 | $38,868.49 |
| 6 | Kenneth A. Fixler, Individually | $450,000.00 | $0.00 | $5,175.18 |
| 7 | Hyde Park Bank | $731,775.00 | $0.00 | $8,415.71 |

|                  | |
|---:|---:|
| Total to be paid to timely general unsecured claims: | $408,622.14 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

|                  | |
|---:|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |