**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-01192-DRC |
| | § | |
| MICHAEL SHIELDS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**AMENDED NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am.  on 8/24/12, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   07/24/2012                By:   /s/ David E. Grochocinski
                                                (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-01192-DRC |
| | § | |
| MICHAEL SHIELDS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $460,189.36
*and approved disbursements of* $12,987.76
*leaving a balance on hand of[1]:* $447,201.60

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $447,201.60

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David E. Grochocinski, Trustee Fees | $26,259.47 | $0.00 | $26,259.47 |
| INNOVALAW, PC, Attorney for Trustee Fees | $6,583.50 | $0.00 | $6,583.50 |
| INNOVALAW, PC, Attorney for Trustee Expenses | $401.49 | $0.00 | $401.49 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee Fees | $5,335.00 | $0.00 | $5,335.00 |

Total to be paid for chapter 7 administrative expenses: $38,579.46
Remaining balance: $408,622.14

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|   |   |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $408,622.14 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $408,622.14 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $35,531,119.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1OF 1 | Bank of America National Assoc | $19,577,248.21 | $0.00 | $225,146.21 |
| 1OF2 | Bank of America National Assoc | $10,587,394.58 | $0.00 | $121,759.28 |
| 2 | Bank of America National Assoc | $804,951.49 | $0.00 | $9,257.27 |
| 3 | Bank of America National Assoc | $3,379,750.62 | $0.00 | $38,868.49 |
| 6 | Kenneth A. Fixler, Individually | $450,000.00 | $0.00 | $5,175.18 |
| 7 | Hyde Park Bank | $731,775.00 | $0.00 | $8,415.71 |

|   |   |
|---|---:|
| Total to be paid to timely general unsecured claims: | $408,622.14 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general

**UST-Form 101-7-NFR (5/1/2011)**

(unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-01192-DRC
Michael J. Shields                                                      Chapter 7
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vrowe            Page 1 of 5              Date Rcvd: Jul 25, 2012
                              Form ID: pdf006        Total Noticed: 159

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2012.
```
db              Michael J. Shields,    1100 Oak Hill Road,    Downers Grove, IL 60515-1248
14958055       +55 Heritage LLC,    c/o Wildman Harold,    225 W. Wacker, #3000,    Chicago, IL 60606-3007
14958056       +613 Trust,    c/o Gershon Bassman,    6039 N. Bernard,    Chicago, IL 60659-3415
14958057       +ADCO Management,    c/o Paul Sheridan,    190 S. LaSalle Street, Suite 1700,
                 Chicago, IL 60603-3496
14958059       +Alvin Doppelt,    2296 Rand Rd.,    Palatine, IL 60074-1161
14958058       +Alvin Doppelt,    c/o Paul Sheridan,    190 S. LaSalle Street, Suite 1700,    Chicago, IL 60603-3496
14958060       +Axis Properties, LLC,    c/O Paula K Jacobi Esq/Barnes & Thornbur,    1 N Wacker Dr Ste 4400,
                 Chicago, IL 60606-2841
14958072       +BRK Associates, LLC,    512 N. McClurg,    Chicago, IL 60611-5359
14958061       +Baldwin Properties,    70 W. Hubbard,    Chicago, IL 60654-5675
14958064       +Bank of America,    100 North Tryon St.,    Charlotte, NC 28255-0001
14958063       +Bank of America National Assoc,    Gina B Krol,    Cohen & Krol,    105 W Madison St Ste 1100,
                 Chicago, IL 60602-4600
14958066        Barnes & Thornburg LLP,    Alan K. Mills,    11 S. Meridian St,    Indianapolis, IN 46204-3535
14958065       +Barnes & Thornburg LLP,    Lisa D. Updike,    600 One Summit Square,    Fort Wayne, IN 46802-3146
14958068       +Best Western International Inc,    6201 N 24 Parkway,    Phoenix, AZ 85016-2023
14958069       +Beverly Place, LLC,    c/o Ben Rapal, Receiver,    3440 S. Dearborn St.,    Chicago, IL 60616-5074
14958070       +Bovis Lend Lease,    1 N. Wacker,    Suite 800,    Chicago, IL 60606-2820
14958071       +Brett Berhoff,    65 E. Scott St.,    Apt. 16H,    Chicago, IL 60610-5280
14958073       +Brock Jordan,    Rubin & Levin, P.C.,    342 Massachusetts Avenue,    Indianapolis, IN 46204-2161
14958074      #+Bruce Kaplan,    512 N. Clurg Court,    Unit 901,    Chicago, IL 60611-4146
14958078       +CBL Interests Limited Partnership,    501 Silverside Rd.,    Suite 87 A-1,
                 Wilmington, DE 19809-1374
14958077       +Carlson Companies,    701 Carlson Parkway,    Hopkins, MN 55305-5240
14958079       +Cendant Hotels,    22 Sylvan Way,    Parsippany, NJ 07054-3801
14958080       +Chevron TCI Inc,    345 California Street,    30th Floor,    San Francisco, CA 94104-2638
14958082       +Choice Hotels International, Inc.,    10750 Columbia Pike,    Silver Spring, MD 20901-4491
14958083       +Chuhak and Tecson PC,    Attn: Donald J Russ,    30 S. Wacker Dr Suite 2500,
                 Chicago, IL 60606-7512
14958086       +City View America Fund,    10877 Wilshire Boulevard,    Suite 1200,    Los Angeles, CA 90024-4332
14958085       +City of Chicago,    Attn: Commissioner Dept of Planning,    121 N. LaSalle St., Room 1000,
                 Chicago, IL 60602-1209
14958084       +City of Chicago,    Attn: Patricia Carrier, Dept of Law,    121 N. LaSalle St., Room 600,
                 Chicago, IL 60602-1244
14958087        Column Financial, Inc.,    11 Madison Avenue,    5th Floor,    New York, NY 10010-3629
14958088       +Credit Suisse First Boston Mtg Capi,    Legal and Compliance Dept,    One Madison Ave.,
                 New York, NY 10010-3603
14958096       +DLA Piper Rudnick Gray Cary,    Attn: Robert Goldman,    203 N. LaSalle, Suite 1900,
                 Chicago, IL 60601-1263
14958097       +DLP Piper Rudnick Gray Cary US LLP,    Attn: Robert Goldman,    203 N. LaSalle St,
                 Chicago, IL 60601-1228
14958089       +Daley & George,    20 S. Clark,    Suite 400,    Chicago, IL 60603-1835
15647076       +Daley and George, Ltd.,    c/o Richard Toth (312) 726-8797,    20 S. Clark St., Suite 400,
                 Chicago, IL 60603-1835
14958090       +Dan Musinski,    Attn:James M. Cameron, Jr.,    2723 South State Street # 400,
                 Ann Arbor, MI 48104-6188
14958091       +David Malkin, Esq.,    950 3rd Ave,    32nd Floor,    New York, NY 10022-2769
14958092       +David Unger,    c/o Midwesco, Inc.,    7720 Leigh Ave.,    Niles, IL 60714-3416
14958093       +Debra Conrardy Mtichell,    428 N. Clinton St.,    Chicago, IL 60654-8801
14958094        Deerfield Development Company LLC,    c/o Mesirow-Stein Real Estate Inc.,    351N. Clark Street,
                 Chicago, IL 60654
14958098       +Donohue Brown Mathewson,    140 S. Dearborn St.,    #700,    Chicago, IL 60603-5225
14958099       +Dykema Gossett PLLC,    2723 S. State Street,    Suite 400,    Ann Arbor, MI 48104-6188
14958100       +Dykema Gosssett PLLC,    135 S. LaSalle, # 1225,    Chicago, IL 60603-4177
14958102       +ECS LLC,    1575 Barclay Blvd.,    Buffalo Grove, IL 60089-4518
14958101       +Earl Liff,    400 E. Ohio,    Apt. 2001,    Chicago, IL 60611-3325
14958103       +Edon Construction Co., Inc.,    Attn: Richard Jones, Jr.,    77 W. Washington, # 2100,
                 Chicago, IL 60602-2903
14958104       +Eric A. Nerderlander,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14958105       +Erick M. Berlinger Trust,    974 Skokie Ridge,    Glencoe, IL 60022-1468
14958106       +First CTD, LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                 Rosemont, IL 60018-4736
14958108       +Fixler Realty Investments, LLC,    PO Box 25,    Highland Park, IL 60035-0025
14958109       +Gary Kaplan,    36001 Euclid Ave. C-10,    Willoughby, OH 44094-4643
14958110       +Gloria C. Gray,    1520 Park Dr.,    Munster, IN 46321-2625
14958111       +Greenwood Mill Venture, LLC,    c/o Dave Flaherty,    8900 Keystone Crossing, Suite 1200,
                 Indianapolis, IN 46240-2136
14958112       +H&H Heating & Cooling, Inc.,    245 Jackson Industrial Dr.,    Suite A,    Ann Arbor, MI 48103-9101
14958113        Haag Van Buren L. P.,    The Monroe Group,    7272 S. Alton Way,    Centennial, CO 80112
14958114        Hauck Properties, Ltd.,    c/o John Shore,    900A Adams Crossing,    Cincinnati, OH 45202-1666
14958115      #+Heather Berhoff,    1025 N. Kingbury St.,    Apt. 306,    Chicago, IL 60610-3772
14958116       +Henry Mautner,    c/o Midwesco, Inc.,    7720 Leigh Ave.,    Niles, IL 60714-3416
14958117       +Henry Shatkin,    c/o Shatkin, Arbor, Karlov & Co.,    141 W. Jackson,    Chicago, IL 60604-3123
```

```
District/off: 0752-1           User: vrowe                 Page 2 of 5                   Date Rcvd: Jul 25, 2012
                               Form ID: pdf006            Total Noticed: 159

14958118      +Hilton Hospitality, Inc.,    7930 Jones Branch Dr.,   Mc Lean, VA 22102-3388
14958119      +Hilton Hotels Corporation,    7930 Jones Branch Dr.,   Mc Lean, VA 22102-3388
14958120      +Historic Properties,    233 E. Wacker Dr.,   Suite 410,    Chicago, IL 60601-5125
14958121      +Homewood Partners, LLC,    c/o Michael Tobin,   US Equities, 20 N. Michigan Ste 400,
                Chicago, IL 60602-4828
14958122       Howard Gilbert,    Wildman Harrold, 225 W. Wacker Dr.,    Suite 2800,   Chicago, IL 60606
14958124      +Humecki Studios,    428 Division St.,   Crete, IL 60417-2957
14958125      +Hyatt Hotels,    71 S. Wacker Dr.,   16th Floor,   Chicago, IL 60606-4637
14958126      +Hyde Park Bank,    Gary I Blackman,   Levanefield Pearlstein LLC,    Attorneys For Plaintiff,
                2 North LaSalle Street Suite 1300,    Chicago, IL 60602-3709
14958127     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    100 W. Randolph,
                Bankruptcy Section L-425,   Chicago, IL 60602)
15786529       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,   Chicago, IL 60664-0338
14958128      +Intercontinental Hotels Group,    3 Ravinia Dr.,   Suite 100,    Atlanta, GA 30346-2121
14958130      +Irving Leviton,    c/o Rootberg Business Services,    1 S. Wacker, Suite 1800,
                Chicago, IL 60606-4630
14958131      +James E. Carlberg,    Bose McKinney & Evans,   111 Monument Circle,    Indianapolis, IN 46204-2426
14958132      +James L. Nederlander,    1450 Broadway,   6th Floor,    New York, NY 10018-2260
14958133      +Jeff Gray,   Wildman Harrold Allen Dixon,    225 W. Wacker Dr.,    Chicago, IL 60606-1349
14958134      +Jenkins & Huntington, Inc.,    737 Stone Ave.,   LaGrange, IL 60525-2725
14958135      +Jenner & Block LLP,    Attn: Donald I. Resnick, Esq.,    One IBM Plaza,   Chicago, IL 60611-7768
14958136      +John Musso,    c/o Shatkin, Arbor, Karlov & Co.,   141 W. Jackson,    Chicago, IL 60604-3123
14958137      +Joseph Mann & Creed,    Attn: Michael R. Mulcahy,    222 N. LaSalle #2600,
                Chicago, IL 60601-1104
14958138      +Kaiser Investments, LLC,    70 E. Lake,   Suite 1600,    Chicago, IL 60601-7446
14958139      +Kandyla, LLC,    c/o Drake James Leoris, Jr.,   622 Laurel,    Highland Park, IL 60035-3502
14958141      +Kaplan Investments, Ltd.,    160 Valencia Circle,    Orange, OH 44022-1562
14958140      +Kaplan Investments, Ltd.,    36001 Euclid Ave. C-10,    Willoughby, OH 44094-4643
14958142       Ken Fixler,    Axis Properties,   450 Dundee Road, Suite 604,    Northbrook, IL 60062
15650079      +Kenneth A. Fixler, Individually,    C/O Paula K Jacobi Esq/Barnes & Thornbur,
                1 N Wacker Dr Ste 4400,    Chicago, IL 60606-2841
14958144      +Kim L. McGuire,    2724 Noyes,   Evanston, IL 60201-2072
14958160      +LR Hotel, L.L.C.,    c/o Lou Raizin,   17 N. State St., Suite 810,    Chicago, IL 60602-3047
14958149      +LaQuinta Hotels,    LQ Management LLC,   909 Hidden Ridge Suite 600,    Irving, TX 75038-3822
14958147      +Lake's Edge Venture, LLC,    c/o Herman & Kittles, Receiver,    500 E. 96th St.,
                Indianapolis, IN 46240-3765
14958148      +Landmarks Preservation Cncl of IL,    53 W Jackson Blvd,    Suite 752,   Chicago, IL 60604-3699
14958150      +Laurence Amusement LLC,    c/o Lou Raizin,   17 N. State St., Suite 810,    Chicago, IL 60602-3047
14958151      +Leaf Mountain Company, Inc.,    190 S. LaSalle Street,    Suite 1700,   Chicago, IL 60603-3496
14958152      +Lee B. Stern,    c/o Lee B. Stern Co.,   141 W. Jackson,    Chicago, IL 60604-2992
14958154      +Levine Construction,    740 Waukegan Road,   Suite 400,    Deerfield, IL 60015-5503
14958155      +Lieberman -Dixon, LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14958156      +Lloyd Berhoff,    2300 Sheridan Rd.,   Highland Park, IL 60035-2009
14958157      +Loren Newman,    1188 Oakridge Dr.,   Glencoe, IL 60022-1135
14958158      +Louik Schneider,    54 W. Hubbard,   Suite 100,   Chicago, IL 60654-5614
14958159      +Louis Raizin,    17 N. State St., Suite 810,   Chicago, IL 60602-3047
14958161      +Ludwig & Company,    4081 Ryan Road,   Gurnee, IL 60031-1267
14958162      +M-Z Trust #1-6,    c/o Paul Sheridan,   190 S. LaSalle Street, Suite 1700,
                Chicago, IL 60603-3496
14958163      +M.P. Hotel,    c/o Lou Raizin,   17 N. State St., Suite 810,    Chicago, IL 60602-3047
14958164      +Maddin Hauser Wartell Roth & Heller,    28400 Northwestern Highway,    3rd Floor,
                Southfield, MI 48034-8348
14958166      +Marriott Hotels,    10400 Fernwood Rd,   Bethesda, MD 20817-1102
14958168      +Michael Tobin,    457 Ashland Pl.,   Highland Park, IL 60035-5025
14958170      +Midland Loan Services,    13355 Noel Road,   Suite 1770,    Dallas, TX 75240-6829
14958171      +Midwest Environment Consulting,    513 Countryside Center,    Yorkville, IL 60560-1063
14958172       Miller, Cooper & Co., Ltd.,    1751 Lake Cook Road,   Suite 400,    Northbrook, IL 60062
14958173      +Monroe Hotel, LLC c/o Lou Raizin,    Nederlander Theatre Mgmt LLC,    17 N. State St., Suite 810,
                Chicago, IL 60602-3047
14958174      +Monroe Presentations L.L.C.,    Att: Louis F. Raizin,    17 N. State St., Suite 810,
                Chicago, IL 60602-3047
14958175      +Morgan Stanley,    Attn: Rene Kapalka,   20600 Chagrin Blvd., #550,    Chicago, OH 44122-5340
14958177      +Morgan Stanley Capital Holdings LLC,    Attn: Stephen Holmes,
                1221 Avenue of the Americas 27th FL,    New York, NY 10020-1001
14958176      +Morgan Stanley Capital Holdings LLC,    Attn: Daniel Perlman,    191 N. Wacker Dr., 30th Floor,
                Chicago, IL 60606-1914
14958178      +Nayyar & Nayyar Int'l., Inc.,    220 S. State St.,   Suite 1400,    Chicago, IL 60604-2197
14958179      +Nederlander Co. LLC,    c/o Lou Raizin,   17 N. State St., Suite 810,    Chicago, IL 60602-3047
14958180      +Nederlander Theatre Management LLC,    c/o Lou Raizin,   17 N. State St., Suite 810,
                Chicago, IL 60602-3047
14958181      +Northern JSC Holdings LLC,    c/o Bruce Kaplan,   311 S. Wacker Dr. #400,    Chicago, IL 60606-6619
14958182      +Northern Majestic Hotel LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14958183      +Northern Monroe Hotel Manager, LLC,    c/o First Hospitality Group, Inc.,
                9700 West Higgins Road, Suite 810,    Rosemont, IL 60018-4736
14958184      +Northern Shubert Hotel Assoc LLC,    c/o First Hospitality Group, Inc.,
                9700 West Higgins Road, Suite 810,    Rosemont, IL 60018-4736
14958185      +Orix Real Estate Cap Markets LLC,    1717 Main Street,    12th Floor,   Dallas, TX 75201-4612
```

```
District/off: 0752-1          User: vrowe                  Page 3 of 5                   Date Rcvd: Jul 25, 2012
                              Form ID: pdf006              Total Noticed: 159

14958186      +Paul S. Doppelt,    2087 Magnolia Lane,    Highland Park, IL 60035-4214
14958187       Philip Haag,    The Monroe Group,    7272 S. Alton Way,    Centennial, CO 80112
14958189      +Plein Family Partnership,    3285 Monitor Lane,    Long Grove, IL 60047-5022
14958190      +Promus Hotels, Inc.,    755 Crossover Ln.,    Memphis, TN 38117-4900
14958191      +R. Wayne Nederlander,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14958193      +RGL Construction,    4081 Ryan Road,    Gurnee, IL 60031-1267
16102193      +RGL Development LLC,    4081 Ryan Rd,    Gurnee, IL 60031-1267
14958192      +Resident Utility Billing Systems LL,     % Michael Tobin,    20 N. Michigan, Suite 400,
                Chicago, IL 60602-4828
14958194      +Richard C. Jones, Jr.,    Attn: James W. McConkey,    10 S. Wacker, # 2300,
                Chicago, IL 60606-7509
14958195      +Richard Sundquist,    Clark Hill PLC,    500 Woodward Avenue, Suite 3500,    Detroit, MI 48226-3435
14958196      +Robert Doppelt,    Qsst Trust,    2296 Rand Rd.,    Palatine, IL 60074-1161
14958197       Robert L. Sabin,    1751 Lake Cook Road, Suite 400,    Deerfield, Il 60015-5286
14958198      +Robert Nederlander, Jr.,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14958199      +Robert Nederlander, Sr.,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14958200      +Robert Wilneff Revocable Trust,    c/o Rootberg Business Services,    1 S. Wacker,
                Chicago, IL 60606-5891
14958201      +Ron Gertzman,    205 W. Randolph,    Suite 401,    Chicago, IL 60606-1834
14958202      +Ross Economy,    c/o Drake James Leoris, Jr.,    622 Laurel,    Highland Park, IL 60035-3502
14958203      +Rudolph Lederer,    3848 N.W. Vardon Place,    Portland, OR 97229-0918
14958208       SMS, LLC,   c/o Tom Schaffer,    BW Phillips, 17450 Halsted,    Chicago, IL
14958204      +Scott E. Nederlander,    c/o Lou Raizin,    17 N. State St., Suite 810,    Chicago, IL 60602-3047
14958205       Scott Rogers,    45 W. Polk #567,    Chicago, IL 60605
14958206      +Shubert Hotel Associates LLC,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14958209     #+Starwood Hotels,    1111 Westchester Ave,    West Harrison, NY 10604-3500
14958211      +The Private Bank,    Jones & Jacobs,    77 W. Washington, # 2100,    Chicago, IL 60602-2903
14958212       The Sherwin Williams Company,    101 Prospect Ave. N.W.,    Cleveland, OH 44115-1075
14958213      +Thomas Schaffer,    BW Phillips,    17450 Halsted,    Homewood, IL 60430-4560
14958214      +Tinley Park Office Center LLC,    c/o Michael Tobin,    US Equities, 20 N. Michigan, # 400,
                Chicago, IL 60602-4828
14958215      +Tinley Park Office Partners, LLC,    c/o Michael Tobin,    US Equities, 20 N. Michigan, # 400,
                Chicago, IL 60602-4828
14958054      +Twenty Two West Monroe,    Theater LLC,    c/o Nederlander Theatre Mgmt LLC,
                17 N. State St., Suite 810,    Chicago, IL 60602-3047
14958216      +Valencia Real Estate LLC,    c/o Gary Kaplan,    36001 Euclid Ave. C-10,
                Willoughby, OH 44094-4643
14958217      +Vedder Price Kaufmann & Kammholz PC,    222 N. LaSalle Street, Suite 2500,
                Chicago, IL 60601-1104
14958218      +Vedder Price. P.C.,    Attn: Brian K. Doyle,    203 N. LaSalle, # 1900,    Chicago, IL 60601-1263
14958219      +Wells Fargo Bank,    Successor by Merger,    11000 Broken Land Parkway,    Columbia, MD 21044-3541
14958220      +Wildman Harrold Allen & Dixon LLP,    225 W. Wacker,    Suite 3000,    Chicago, IL 60606-3007
14958221      +Windy City Broadway, LLC,    Broadway In Chicago Attn Lou Raizin,    17 N. State St., Suite 810,
                Chicago, IL 60602-3047
14958222       Woodland Meadows Venture LLC,    c/o Marquette Property Management,    175 Highpoint Dr.,
                Romeoville, IL 60446-3802
14958224      +Woodland Park Associates,    c/o Bob Symanski, Receiver,    PO Box 60670,    Chicago, IL 60660-0670
14958225      +Wyndham Hotels,    1950 Stemmons Freeway # 6001,    Dallas, TX 75207-3132
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14958129       E-mail/Text: cio.bncmail@irs.gov Jul 26 2012 03:01:25      Internal Revenue Service,
                Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
14958153      +E-mail/Text: jfriedland@lplegal.com Jul 26 2012 03:13:44      Levenfeld Pearlstein, LLC,
                Attn: Steven Bright,    2 N. Lasalle, Suite 1300,    Chicago, IL 60602-3709
                                                                                               TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14958062       Bank of America
14958075       Bruce Kaplan
14958145       Kim McGuire
14958169       Michael Tobin
14958223       Woodland Meadows Venture, LLC
14958067     ##+Barry Berhoff,    2023 SW Mayflower Dr.,    Palm City, FL 34990-7537
14958076     ##+Building Systems Engineering, LLC,    1755 Park Street,    Suite 150,    Naperville, IL 60563-4862
14958081      ##Chicago CartoGraphics,    228 S. Wabash #401,    Chicago, IL 60604-2306
14958095     ##+DeHaan & Bach,    Attn: Michael B. Bach,    11256 Cornell Park Dr., Suite 500,
                Cincinnati, OH 45242-1832
14958107     ##+First Hospitality Group, Inc.,    Attn: Stephen Schwartz,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14958123     ##+HRR Investments LP,    875 N. Michigan,    Suite 2505,    Chicago, IL 60611-1876
14958143     ##+Ken Lieberman,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14958146     ##+Koenigsberg Engineering, P.C.,    1550 N. Lakeshore Dr.,    Suite 17B,    Chicago, IL 60610-1659
14958165     ##+Marney Dixon,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
14958167     ##+Mel Lieberman,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Des Plaines, IL 60018-4736
14958188     ##+Phyllis Lieberman,    c/o First Hospitality Group, Inc.,    9700 Higgins Road, Suite 810,
                Rosemont, IL 60018-4736
```

```
District/off: 0752-1          User: vrowe              Page 4 of 5              Date Rcvd: Jul 25, 2012
                              Form ID: pdf006          Total Noticed: 159

             ***** BYPASSED RECIPIENTS (continued) *****
14958207    ##+SLS Westcoast Trust,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
              Rosemont, IL 60018-4736
14958210    ##+Stephen Schwartz,   c/o First Hospitality Group, Inc.,   9700 Higgins Road, Suite 810,
              Rosemont, IL 60018-4736
                                                                             TOTALS: 5, * 0, ## 13
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 27, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: vrowe              Page 5 of 5             Date Rcvd: Jul 25, 2012
                              Form ID: pdf006          Total Noticed: 159
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2012 at the address(es) listed below:

```
              David E Grochocinski    dgrochocinski@innovalaw.com, deg@trustesolutions.net
              Gary I Blackman    on behalf of Creditor  Hyde Park Bank gblackman@lplegal.com,
               slevandowski@lplegal.com;druiz@lplegal.com
              Jonathan P Friedland    on behalf of Creditor  Hyde Park Bank jfriedland@lplegal.com,
               jsarantopoulos@lplegal.com
              Kathleen M. McGuire    on behalf of Trustee David Grochocinski kmcguire@innovalaw.com,
               kmmcguirelaw@sbcglobal.net
              Michael A Phelps    on behalf of Trustee David Grochocinski mphelps@ggl-law.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M Fogel    on behalf of Debtor Michael Shields rfogel@shawgussis.com
              Steven B Towbin    on behalf of Debtor Michael Shields stowbin@shawgussis.com
              Yan  Teytelman    on behalf of Creditor  U.S. Bank National Association law_4321@yahoo.com,
               Billbusters@BestClientinc.com;notice@billbusters.com
                                                                                             TOTAL: 9
```