UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 10-01192-DRC |
| | § | |
| MICHAEL SHIELDS | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David E. Grochocinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $348,641.42 | Assets Exempt: | $476,691.37 |
| Total Distributions to Claimants: | $408,992.87 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $51,567.22 | | |

3) Total gross receipts of $460,560.09 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $460,560.09 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $51,567.22 | $51,567.22 | $51,567.22 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | NA | $27,197,278.77 | $35,531,119.90 | $408,992.87 |
| **Total Disbursements** | NA | $27,248,845.99 | $35,582,687.12 | $460,560.09 |

4). This case was originally filed under chapter 7 on 01/14/2010. The case was pending for -1320 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/05/2012          By:   /s/ David E. Grochocinski
                                 Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| NORTHERN REALTY EQUITIES, LLC | 1123-000 | $12,159.76 |
| DEPOSIT WITH IDR | 1124-000 | $19,405.00 |
| DEPOSIT WITH IRS | 1124-000 | $152,757.00 |
| 1998 ACURA 3.0 CL | 1129-000 | $2,000.00 |
| 2001 TOYOTA HIGHLANDER | 1129-000 | $4,598.75 |
| 2002 PONTIAC GRAND AM SE | 1129-000 | $2,000.00 |
| 2003 AUDI A6 | 1129-000 | $4,598.75 |
| CBRE COMMISSION POOL | 1129-000 | $10,813.53 |
| CBRE COMMISSION POOL | 1129-000 | $13,753.88 |
| CHECKING ACCOUNT | 1129-000 | $380.00 |
| GOLF CLUBS | 1129-000 | $100.00 |
| HOUSEHOLD GOODS | 1129-000 | $922.50 |
| INVESTMENT ACCOUNT | 1129-000 | $121,388.45 |
| JEWELRY | 1129-000 | $400.00 |
| MMA ACCOUNT AT WAYNE HUMMER | 1129-000 | $86,052.28 |
| NORTHN JSC HOLDINGS LLC | 1129-000 | $27,022.29 |
| TAX REFUND | 1129-000 | $1,370.73 |
| LAKESIDE LLC | 1221-000 | $381.96 |
| Interest Earned | 1270-000 | $164.39 |
| REFUND 2006 REAL ESTATE TAXES | 1290-000 | $290.82 |
| **TOTAL GROSS RECEIPTS** | | **$460,560.09** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

**EXHIBIT 3 – SECURED CLAIMS**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David E. Grochocinski, Trustee | 2100-000 | NA | $26,259.47 | $26,259.47 | $26,259.47 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $400.56 | $400.56 | $400.56 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $276.22 | $276.22 | $276.22 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| Green Bank | 2600-000 | | NA | $2,687.61 | $2,687.61 | $2,687.61 |
| The Bank of New York Mellon | 2600-000 | | NA | $6,653.96 | $6,653.96 | $6,653.96 |
| UNITED STATES TREASURY | 2810-000 | | NA | $2,400.00 | $2,400.00 | $2,400.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | | NA | $550.00 | $550.00 | $550.00 |
| UPS | 2990-000 | | NA | $19.41 | $19.41 | $19.41 |
| INNOVALAW, PC, Attorney for Trustee | 3110-000 | | NA | $6,583.50 | $6,583.50 | $6,583.50 |
| INNOVALAW, PC, Attorney for Trustee | 3120-000 | | NA | $401.49 | $401.49 | $401.49 |
| SCOTT HOREWITCH PIDGEON & ABRAMS, LLC, Accountant for Trustee | 3410-000 | | NA | $5,335.00 | $5,335.00 | $5,335.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $51,567.22 | $51,567.22 | $51,567.22 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1OF 1 | Bank of America National Assoc | 7100-000 | NA | $10,587,394.58 | $19,577,248.21 | $225,350.48 |
| 1OF2 | Bank of America National Assoc | 7100-000 | NA | $10,587,394.58 | $10,587,394.58 | $121,869.75 |
| 2 | Bank of America National Assoc | 7100-000 | NA | $804,951.49 | $804,951.49 | $9,265.67 |
| 3 | Bank of America National Assoc | 7100-000 | NA | $3,379,750.62 | $3,379,750.62 | $38,903.75 |
| 4 | Daley and George, Ltd. | 7100-000 | NA | $7,787.50 | $0.00 | $0.00 |
| 5 | Axis Properties, LLC | 7100-000 | NA | $450,000.00 | $0.00 | $0.00 |
| 6 | Kenneth A. Fixler, Individually | 7100-000 | NA | $450,000.00 | $450,000.00 | $5,179.88 |
| 7 | Hyde Park Bank | 7100-000 | NA | $930,000.00 | $731,775.00 | $8,423.34 |

**UST Form 101-7-TDR (5/1/2011)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Illinois Department of Revenue | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $27,197,278.77 | $35,531,119.90 | $408,992.87 |

**UST Form 101-7-TDR (5/1/2011)**

**FORM 1** — Page No: 1 — Exhibit 8

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Date Filed (f) or Converted (c): | 01/14/2010 (f) |
| For the Period Ending: | 10/5/2012 | §341(a) Meeting Date: | 02/23/2010 |
| | | Claims Bar Date: | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  1100 OAK HILL ROAD, DOWNERS GROVE, IL | $345,928.50 | $0.00 | | $0.00 | FA |
| 2  CASH | $120.00 | $0.00 | | $0.00 | FA |
| 3  CHECKING ACCOUNT | $3,531.38 | $0.00 | | $0.00 | FA |
| 4  CHECKING ACCOUNT | $62.50 | $0.00 | | $0.00 | FA |
| 5  CHECKING ACCOUNT | $380.00 | $0.00 | | $380.00 | FA |
| 6  MMA ACCOUNT AT WAYNE HUMMER | $86,017.16 | $85,731.04 | | $86,052.28 | FA |
| 7  INVESTMENT ACCOUNT | $122,829.98 | $122,829.98 | | $121,388.45 | FA |
| 8  HOUSEHOLD GOODS | $1,845.00 | $1,845.00 | | $922.50 | FA |
| 9  WEARING APPAREL | $800.00 | $0.00 | | $0.00 | FA |
| 10  JEWELRY | $950.00 | $0.00 | | $400.00 | FA |
| 11  GOLF CLUBS | $100.00 | $0.00 | | $100.00 | FA |
| 12  WHOLE LIFE POLICY | $62,933.00 | $0.00 | | $0.00 | FA |
| 13  IRA AT WAYNE HUMMER | $14,481.92 | $0.00 | | $0.00 | FA |
| 14  NORTHERN REALTY GROUP, LTD. | $190,171.00 | $0.00 | | $0.00 | FA |
| 15  401K | $45,710.00 | $0.00 | | $0.00 | FA |
| 16  NORTHERN REALTY EQUITIES, LLC | $15,283.00 | $15,283.00 | | $12,159.76 | FA |
| 17  NORTHN JSC HOLDINGS LLC | $9,562.50 | $9,562.50 | | $27,022.29 | FA |
| 18  INTEREST IN MULTIPLE LLC | $0.00 | $0.00 | | $0.00 | FA |
| 19  CBRE COMMISSION POOL | $73,736.24 | $10,813.53 | | $10,813.53 | FA |
| 20  CBRE COMMISSION POOL | $91,692.53 | $13,753.87 | | $13,753.88 | FA |
| 21  TAX REFUND | $1,000.00 | $1,000.00 | | $1,370.73 | FA |
| 22  2003 AUDI A6 | $8,875.00 | $6,475.00 | | $4,598.75 | FA |
| 23  2001 TOYOTA HIGHLANDER | $6,000.00 | $6,000.00 | | $4,598.75 | FA |
| 24  2002 PONTIAC GRAND AM SE | $2,725.00 | $2,725.00 | | $2,000.00 | FA |
| 25  1998 ACURA 3.0 CL | $2,950.00 | $2,950.00 | | $2,000.00 | FA |
| 26  DEPOSIT WITH IRS | $178,955.00 | $178,955.00 | | $152,757.00 | FA |
| 27  DEPOSIT WITH IDR | $20,782.00 | $20,782.00 | | $19,405.00 | FA |
| 28  REFUND 2006 REAL ESTATE TAXES (u) | $290.82 | $290.82 | | $290.82 | FA |
| 29  LAKESIDE LLC (u) | $1,000.00 | $1,000.00 | | $381.96 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2       Exhibit 8

| Case No.: | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
| Case Name: | SHIELDS, MICHAEL | Date Filed (f) or Converted (c): | 01/14/2010 (f) |
| For the Period Ending: | 10/5/2012 | §341(a) Meeting Date: | 02/23/2010 |
| | | Claims Bar Date: | 06/02/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 30  PROMISSORY NOTE DATED 6/1/09 FROM HUNTERS RUN (u) | Unknown | Unknown | | $0.00 | FA |
| 31  IDR - DEPOSIT OF 2010 (u) | $334.00 | $111.33 | OA | $0.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $164.39 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                                       **Gross Value of Remaining Assets**

                          $1,289,046.53          $480,108.07                      $460,560.09                        $0.00

**Major Activities affecting case closing:**
SETTLEMENT OF TAX REFUND ISSUE APPROVED BY COURT; WAITING ON TURNOVER OF FUNDS; OBTAINED APPROVAL FOR SALE OF INTEREST IN jOE'S SEAFOOD; WAITING ON FUNDS FROM CLOSING; RECEIVING FUNDS FROM COMMISSION POOL; ALL PROPERTY LIQUIDATED; WAITING FOR FINAL RETURNS

**Initial Projected Date Of Final Report (TFR):**   12/30/2011        **Current Projected Date Of Final Report (TFR):**   06/30/2012        /s/ DAVID E. GROCHOCINSKI
                                                                                                                                            DAVID E. GROCHOCINSKI

**FORM 2**     Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| **Case No.** | 10-01192-DRC | | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | SHIELDS, MICHAEL | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******7385 | | **Money Market Acct #:** | ******9765 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 1/14/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 10/5/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/06/2010 | | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | Wire in from JPMorgan Chase Bank, N.A. account ********9765 | 9999-000 | $1,382.04 | | $1,382.04 |
| 04/13/2010 | (19) | MICHAEL SHIELDS | COMMISSIONS | 1129-000 | $10,813.53 | | $12,195.57 |
| 04/13/2010 | (28) | HOMEWOOD VENTURE LLC | REFUND | 1290-000 | $290.82 | | $12,486.39 |
| 04/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.30 | | $12,486.69 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0500% | 1270-000 | $0.53 | | $12,487.22 |
| 06/28/2010 | (6) | WAYNE HUMMER | TURNOVER OF MMA ACCOUNT | 1129-000 | $86,052.28 | | $98,539.50 |
| 06/28/2010 | (7) | STATE STREET | TURNOVER OF INVESTMENT ACCOUNT | 1129-000 | $121,388.45 | | $219,927.95 |
| 06/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | $2.29 | | $219,930.24 |
| 07/30/2010 | | KRISTINE SHIELDS | SETTLEMENT PER ORDER OF 7/23/10 | * | $15,000.00 | | $234,930.24 |
| | {5} | | $380.00 | 1129-000 | | | $234,930.24 |
| | {8} | | $922.50 | 1129-000 | | | $234,930.24 |
| | {10} | | $400.00 | 1129-000 | | | $234,930.24 |
| | {11} | | $100.00 | 1129-000 | | | $234,930.24 |
| | {25} | | $2,000.00 | 1129-000 | | | $234,930.24 |
| | {24} | | $2,000.00 | 1129-000 | | | $234,930.24 |
| | {22} | | $4,598.75 | 1129-000 | | | $234,930.24 |
| | {23} | | $4,598.75 | 1129-000 | | | $234,930.24 |
| 07/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | $28.02 | | $234,958.26 |
| 08/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.1500% | 1270-000 | $29.86 | | $234,988.12 |
| 09/16/2010 | (16) | NORTHERN REALTY EQUITIES, LLC | MAJESTIC HOTEL LENDER ESCROW REFUND | 1123-000 | $7,000.00 | | $241,988.12 |
| 09/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $5.87 | | $241,993.99 |
| 10/29/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.15 | | $242,000.14 |
| 11/30/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $5.96 | | $242,006.10 |
| 12/31/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.16 | | $242,012.26 |
| 01/24/2011 | (16) | NORTHERN REALTY EQUITIES LLC | DISTRIBUTION | 1123-000 | $5,159.76 | | $247,172.02 |
| 01/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $6.19 | | $247,178.21 |
| 02/04/2011 | (26) | MICHAEL SHIELDS | FEDERAL REFUNDS | 1124-000 | $152,757.00 | | $399,935.21 |
| 02/04/2011 | (27) | MICHAEL SHIELDS | STATE TAX REFUND | 1124-000 | $19,405.00 | | $419,340.21 |

**SUBTOTALS**    $419,340.21    $0.00

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7385 | Money Market Acct #: | ******9765 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/15/2011 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #10-01192, Bond#016026455 | 2300-000 | | $276.22 | $419,063.99 |
| 02/28/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $8.65 | | $419,072.64 |
| 03/08/2011 | (17) | NORTHERN SC HOLDINGS, LLC | DISTRIBUTION | 1129-000 | $27,022.29 | | $446,094.93 |
| 03/09/2011 | 11002 | UPS | INVOICE #0000FA7336091/OVERNIGHT DELIVERY COSTS | 2990-000 | | $19.41 | $446,075.52 |
| 03/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $11.18 | | $446,086.70 |
| 04/05/2011 | 11003 | UNITED STATES TREASURY | EIN 35-6827385/FORM 7004 YEAR ENDED 12/31/10 | 2810-000 | | $2,400.00 | $443,686.70 |
| 04/05/2011 | 11004 | ILLINOIS DEPARTMENT OF REVENUE | EIN 35-6827385/FORM IL 505 B FOR YEAR ENDED 12/31/10 | 2820-000 | | $500.00 | $443,186.70 |
| 04/13/2011 | (20) | MICHAEL SHIELDS | CBRE COMMISION | 1129-000 | $13,753.88 | | $456,940.58 |
| 04/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $11.13 | | $456,951.71 |
| 05/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | $11.63 | | $456,963.34 |
| 06/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.74 | | $456,967.08 |
| 07/29/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.87 | | $456,970.95 |
| 08/01/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $876.37 | $456,094.58 |
| 08/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.86 | | $456,098.44 |
| 08/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $1,062.38 | $455,036.06 |
| 09/26/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | ($31.30) | $455,067.36 |
| 09/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.72 | | $455,071.08 |
| 09/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $935.02 | $454,136.06 |
| 10/31/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.84 | | $454,139.90 |
| 10/31/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $902.05 | $453,237.85 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.71 | | $453,241.56 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $993.51 | $452,248.05 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.83 | | $452,251.88 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $929.27 | $451,322.61 |

| | | | | SUBTOTALS | $40,845.33 | $8,862.93 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7385 | Money Market Acct #: | ******9765 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $3.82 | | $451,326.43 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $986.66 | $450,339.77 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $450,339.77 | $0.00 |
| | | | **TOTALS:** | | $460,189.36 | $460,189.36 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,382.04 | $450,339.77 | |
| | | | **Subtotal** | | $458,807.32 | $9,849.59 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $458,807.32 | $9,849.59 | |

**For the period of 1/14/2010 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $458,807.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $458,807.32 |
| Total Internal/Transfer Receipts: | $1,382.04 |
| | |
| Total Compensable Disbursements: | $9,849.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,849.59 |
| Total Internal/Transfer Disbursements: | $450,339.77 |

**For the entire history of the account between 04/06/2010 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $458,807.32 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $458,807.32 |
| Total Internal/Transfer Receipts: | $1,382.04 |
| | |
| Total Compensable Disbursements: | $9,849.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $9,849.59 |
| Total Internal/Transfer Disbursements: | $450,339.77 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******7385 | | Checking Acct #: | ******9766 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Checking Account |
| For Period Beginning: | 1/14/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of  1/14/2010 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 04/06/2010 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | | Trustee Name: | David E. Grochocinski |
|---|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7385 | | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 1/14/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $450,339.77 | | $450,339.77 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Tern: 2/1/12 to 2/01/13 | 2300-000 | | $400.56 | $449,939.21 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $538.86 | $449,400.35 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $748.59 | $448,651.76 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $677.27 | $447,974.49 |
| 05/21/2012 | 5002 | ILLINOIS DEPARTMENT OF REVENUE | EIN: 35-6827385 IL 1041-12/31/11 | 2820-000 | | $50.00 | $447,924.49 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $722.89 | $447,201.60 |
| 07/27/2012 | (21) | United States Treasury | 2.73% interst 90 days | 1129-000 | $370.73 | | $447,572.33 |
| 08/24/2012 | 5003 | INNOVALAW, PC | Distribution on Claim #: ; | 3120-000 | | $401.49 | $447,170.84 |
| 08/24/2012 | 5004 | INNOVALAW, PC | Distribution on Claim #: ; | 3110-000 | | $6,583.50 | $440,587.34 |
| 08/24/2012 | 5005 | SCOTT HOREWITCH PIDGEON & ABRAMS, LLC | Distribution on Claim #: ; | 3410-000 | | $5,335.00 | $435,252.34 |
| 08/24/2012 | 5006 | David E. Grochocinski | Trustee Compensation | 2100-000 | | $26,259.47 | $408,992.87 |
| 08/24/2012 | 5007 | Bank of America National Assoc | Distribution on Claim #: 1; | 7100-000 | | $225,350.48 | $183,642.39 |
| 08/24/2012 | 5008 | Bank of America National Assoc | Distribution on Claim #: 2; | 7100-000 | | $9,265.67 | $174,376.72 |
| 08/24/2012 | 5009 | Bank of America National Assoc | Distribution on Claim #: 3; | 7100-000 | | $38,903.75 | $135,472.97 |
| 08/24/2012 | 5010 | Kenneth A. Fixler, Individually | Distribution on Claim #: 6; | 7100-000 | | $5,179.88 | $130,293.09 |
| 08/24/2012 | 5011 | Hyde Park Bank | Distribution on Claim #: 7; | 7100-000 | | $8,423.34 | $121,869.75 |
| 08/24/2012 | 5012 | Bank of America National Assoc | Distribution on Claim #: 1; | 7100-000 | | $121,869.75 | $0.00 |

| | | | | **SUBTOTALS** | $450,710.50 | $450,710.50 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******7385 | Checking Acct #: | ******9201 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $450,710.50 | $450,710.50 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $450,339.77 | $0.00 | |
| | | | **Subtotal** | | $370.73 | $450,710.50 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $370.73 | $450,710.50 | |

| For the period of 1/14/2010 to 10/5/2012 | | For the entire history of the account between 02/07/2012 to 10/5/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $370.73 | Total Compensable Receipts: | $370.73 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $370.73 | Total Comp/Non Comp Receipts: | $370.73 |
| Total Internal/Transfer Receipts: | $450,339.77 | Total Internal/Transfer Receipts: | $450,339.77 |
| | | | |
| Total Compensable Disbursements: | $450,710.50 | Total Compensable Disbursements: | $450,710.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $450,710.50 | Total Comp/Non Comp Disbursements: | $450,710.50 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | SHIELDS, MICHAEL | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7385 | | Money Market Acct #: | ******9765 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 1/14/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 02/05/2010 | (21) | KRISTINE SHIELDS | TAX REFUND 2008 | 1129-000 | $1,000.00 | | $1,000.00 |
| 02/26/2010 | (29) | MICHAEL TOBIN LIVING TRUST | LOAN REPAYMENT | 1221-000 | $381.96 | | $1,381.96 |
| 02/26/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | $0.02 | | $1,381.98 |
| 03/31/2010 | (INT) | JPMORGAN CHASE BANK, N.A. | | 1270-000 | $0.06 | | $1,382.04 |
| 04/06/2010 | | Wire out to BNYM account ********9765 | Wire out to BNYM account ********9765 | 9999-000 | ($1,382.04) | | $0.00 |
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | ($1,382.04) | $0.00 | |
| | | | **Subtotal** | | $1,382.04 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,382.04 | $0.00 | |

| For the period of 1/14/2010 to 10/5/2012 | | For the entire history of the account between 02/05/2010 to 10/5/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,382.04 | Total Compensable Receipts: | $1,382.04 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,382.04 | Total Comp/Non Comp Receipts: | $1,382.04 |
| Total Internal/Transfer Receipts: | ($1,382.04) | Total Internal/Transfer Receipts: | ($1,382.04) |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 8     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7385 | Checking Acct #: | ******9766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | | | **TOTALS:** | | $0.00 | $0.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

**For the period of 1/14/2010 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/05/2010 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-01192-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | SHIELDS, MICHAEL | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Primary Taxpayer ID #: | ******7385 | Checking Acct #: | ******9766 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 1/14/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/5/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $460,560.09 | $460,560.09 | $0.00 |

**For the period of 1/14/2010 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $460,560.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $460,560.09 |
| Total Internal/Transfer Receipts: | $450,339.77 |
| | |
| Total Compensable Disbursements: | $460,560.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $460,560.09 |
| Total Internal/Transfer Disbursements: | $450,339.77 |

**For the entire history of the case between 01/14/2010 to 10/5/2012**

| | |
|---|---|
| Total Compensable Receipts: | $460,560.09 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $460,560.09 |
| Total Internal/Transfer Receipts: | $450,339.77 |
| | |
| Total Compensable Disbursements: | $460,560.09 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $460,560.09 |
| Total Internal/Transfer Disbursements: | $450,339.77 |